FILED
JAN 12 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:23 CR 0022 |
| DARION JOHNSON | ) Title 18, United States Code, |
| | ) Sections 922(a)(6) and 924(a)(2) |
| Defendant. | ) |
| | ) JUDGE BOYKO |

## COUNT 1

(Making a False Statement in Acquisition of a Firearm, 18 U.S.C. §§ 922(a)(6) and 924(a)(2))

The Grand Jury charges:

1. On or about August 5, 2022, in the Northern District of Ohio, Eastern Division, Defendant DARION JOHNSON, in connection with the acquisition of a firearm, to wit: Glock, Model 17, 9mm caliber pistol, Serial Number BWRD500, from Fin Feather Fur Outfitters, 18030 Bagley Rd, Middleburg Heights, Ohio 44130, a federally licensed dealer of firearms, did knowingly and unlawfully make and cause to be made false and fictitious statements, intended and likely to deceive said dealer with respect to facts material to the lawfulness of the sale and acquisition of said firearm under the provisions of Chapter 44, Title 18 of the United States Code, in that Defendant did knowingly state and represent on Federal Firearms Transaction Records, that is, ATF Form 4473, that he was the actual buyer of said firearm, when in fact, he was not the actual buyer of the firearm, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

1

## FORFEITURE

The Grand Jury further charges:

10. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant DARION JOHNSON, shall forfeit to the United States all firearms and ammunition involved in, or used in the commission of the federal firearms violation charged herein.

A TRUE BILL.

Original document- Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.